**George E. PATAKI, Governor of New York State, Glenn S. Goord, Commissioner & George B. Duncan, Defendants–Appellees.**

No. 00–0206.

United States Court of Appeals, Second Circuit.

April 10, 2001.

**Willie E. ANSLEY, Plaintiff–Appellant,**

v.

**GREEN BUS LINES, INC. and Local 1179 Amalgamated Transit Union, AFL–CIO, Defendants–Appellees.**

No. 00–7122.

United States Court of Appeals, Second Circuit.

April 10, 2001.

Willie E. Ansley, Hollis, NY, pro se.

Joseph R. Harbeson, Ruskin, Moscou, Evans & Faltischek, Mineola, NY, for appellee Green Bus Lines, Inc.

James A. Brown, N.Y., NY, for appellee Local 1179 Amalgamated Transit Union, AFL-CIO.

Present OAKES, KEARSE, and JOSÉ A. CABRANES, Circuit Judges.

## SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by plaintiff *pro se* and by counsel for defendant bus line, and was submitted by defendant union.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Cote's Opinion and Order dated January 6, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.